Timothy M. Ryan, Bar No. 178059
Andrew J. Mase, Bar No. 300680
THE RYAN FIRM
A Professional Corporation
30 Corporate Park, Suite 310
Irvine, CA 92606
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Specialized Loan Servicing, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

FATEMEH DIDEBAN, an individual,

        Plaintiff,

vs.

SPECIALIZED LOAN SERVICING, LLC, A business entity; and DOES 1 through 50, inclusive,

        Defendants.

CASE NO.: 8:18-cv-01957-DOC-JDE
Date Action Filed: September 17, 2018

Assigned for All Purposes to
Hon. David O. Carter
Crtrm. 9D

**ORDER TO REMAND CASE TO STATE COURT [28]**

Trial Date:   None set.

Based on the joint stipulation filed by plaintiff Fatemeh Dideban ("Plaintiff") and defendant Specialized Loan Servicing, LLC ("SLS") the Court now orders as follows:

The Court GRANTS the joint stipulation:

(1)    Plaintiff's first claim for violations of 12 C.F.R. §1024.17 and second claim for 12 C.F.R. §12 C.F.R. §1026 are dismissed without prejudice;

THE RYAN FIRM
A Professional Corporation

THE RYAN FIRM
A Professional Corporation

(2)    SLS' motion to dismiss to the first amended complaint (ECF No. 26) is withdrawn;

(3)    Based on such dismissal, there is no longer a basis for federal jurisdiction and the matter is remanded to the Superior Court of Orange County, Case Number 30-2018-01019338-CU-FR-CJC.

DATED:    March 11, 2019

By: *David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2

1

**PROOF OF SERVICE**

2

3        I am over the age of eighteen years and not a party to the within action.  I am
employed by The Ryan Firm, A Professional Corporation, whose business address is: 30
Corporate Park, Suite 310, Irvine, CA 92606.

4

5        On March 8, 2019, I served the within document(s) described as:  **[PROPOSED]
ORDER** on the interested parties in this action:

6
⊠        by transmitting via electronic mail the document(s) listed above to the email
addresses provided by counsel.

7

8        ☐        by placing ☐ the original ☐ true copy(ies) thereof enclosed in sealed envelope(s)
☐ addressed as follows: ☐  addressed as stated on the attached mailing list.

9

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| First Class Counsel<br>Andrew Davis<br>18881 Von Karman Ave.,<br>Suite 1175<br>Irvine, CA 92612 | Tel:  (949) 682-8550<br>Fax: *<br>Email:<br>adavis@firstclasscounsel.com | Attorney for Plaintiff<br>Fatemeh Dideban |

10

11

12

13

14        ⊠        **CM/ECF** (U.S. District Court, Central District of California, Local Civil Rule 5-
3.3)—The NEF that is automatically generated by the Court's Electronic Filing

15        System constitutes service of the filed document(s) on registered users.  All parties
who are not registered, if any, were served in the manner set forth above.

16

17        ⊠        (State) I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

18        Executed on March 8, 2019, at Irvine, California.

19

20                                        /s/ Adri Davis
_____
21                                ADRI DAVIS

22

23

24

25

26

27

28